UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 18 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. **4:15CR00525 RLW/DDN** ) |
| ORTEGA MITCHELL, aka MUNK MILANO, DARIUS ROSE, and DAMARCUS BOYD, aka MARCUS, aka MEZ, aka J. KUTTY, | ) Title 21 U.S.C. §841(a)(1) ) Title 21 U.S.C. §846 ) Title 18 U.S.C. §1201 ) Title 18 U.S.C. §924(c)(1) ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

### Conspiracy to Distribute Marijuana

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, up to and including on or about September 25 through September 30, 2015, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Missouri and elsewhere,

**ORTEGA MITCHELL, aka MUNK MILANO,
DARIUS ROSE, and
DAMARCUS BOYD, aka MARCUS, aka MEZ, aka J. KUTTY,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly and willfully conspire to distribute a quantity of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT TWO

### Possessing and Brandishing a Firearm in Furtherance of a Drug Trafficking Crime

The Grand Jury further charges that:

On or about September 25 through September 30, 2015, in the Eastern District of Missouri and elsewhere,

**ORTEGA MITCHELL, aka MUNK MILANO,**
**DARIUS ROSE, and**
**DAMARCUS BOYD, aka MARCUS, aka MEZ, aka J. KUTTY,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly possess and brandish a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: conspiracy to distribute marijuana, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(A)(ii).

## COUNT THREE

### Conspiracy to Kidnap

The Grand Jury further charges that:

Beginning at a time unknown to the Grand Jury, up to and including on or about September 25 through September 30, 2015, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Missouri and elsewhere,

**ORTEGA MITCHELL, aka MUNK MILANO,**
**DARIUS ROSE, and**
**DAMARCUS BOYD, aka MARCUS, aka MEZ, aka J. KUTTY,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly and willfully conspire to unlawfully kidnap, abduct, and hold for ransom Ryan Hicks, and, in

committing or in furtherance of the commission of the offense, did willfully transport Ryan Hicks in interstate commerce, and traveled in interstate commerce.

## Overt Acts

In furtherance of said conspiracy and to achieve the objectives and purposes thereof, defendants and other persons known and unknown to the Grand Jury committed and caused the commission of the following overt acts in the Eastern District of Missouri and elsewhere:

1. In or about September 2015, defendant Ortega Mitchell convinced victim Ryan Hicks to travel from San Diego, California, to St. Louis, Missouri, to conduct a marijuana transaction.

2. A few days before September 24, 2015, defendant Damarcus Boyd asked an acquaintance, Donny Pulley, to drive him to the St. Louis, Missouri, airport to meet a friend and transport him to Illinois, to which Pulley agreed.

3. On or about September 24, 2015, defendant Ortega Mitchell purchased Southwest Airlines tickets for victim Ryan Hicks to travel from San Diego, California, to St. Louis, Missouri.

4. On or about September 25, 2015, victim Ryan Hicks traveled from San Diego, California, through Houston, Texas, to St. Louis, Missouri, via Southwest Airlines.

5. On or about September 25, 2015, defendant Ortega Mitchell, defendant Damarcus Boyd, and Donny Pulley met victim Ryan Hicks in a Pontiac van at the St. Louis, Missouri, airport, which is located within the Eastern District of Missouri.

6. Defendant Ortega Mitchell, defendant Damarcus Boyd, and Donny Pulley transported victim Ryan Hicks in the Pontiac van to a Lee's Famous Recipe Chicken restaurant at 5023 Natural Bridge Road, and then from the State of Missouri to the State of Illinois.

7. In the State of Illinois, defendant Ortega Mitchell, defendant Damarcus Boyd, and victim Ryan Hicks arrived at a house, where defendant Darius Rose was waiting.

8. After defendant Ortega Mitchell, defendant Damarcus Boyd, and victim Ryan Hicks entered the house, defendant Darius Rose, wearing a ski mask, pointed an assault rifle at victim Ryan Hicks and threatened to blow his brains out.

9. Defendant Darius Rose and defendant Ortega Mitchell ordered victim Ryan Hicks to the floor and took his wallet and other belongings from his pockets, while defendant Damarcus Boyd bound his hands and feet.

10. The defendants held victim Ryan Hicks captive at the house for several days, during which they contacted victim Ryan Hicks' father by telephone and demanded a ransom.

11. On or about September 27, 2015, defendant Ortega Mitchell and defendant Damarcus Boyd ordered victim Ryan Hicks into a Dodge vehicle, in which defendant Darius Rose was sitting in the driver's seat with a handgun.

12. The defendants transported victim Ryan Hicks to another house and held him captive for several more days, during which they continued to demand a ransom from his father.

13. On or about September 30, 2015, the defendants transported Ryan Hicks in a Dodge vehicle to the area of Columbia and Hampton in the City of St. Louis, Missouri, within the Eastern District of Missouri, where they ordered him out of the vehicle and told him not to look back.

In violation of Title 18, United State Code, Sections 1201(a) and 1201(c), and punishable under Title 18, United States Code, Section 1201(c).

## COUNT FOUR

### Possessing and Brandishing a Firearm in Furtherance of a Crime of Violence

The Grand Jury further charges that:

On or about September 25 through September 30, 2015, in the Eastern District of Missouri and elsewhere,

**ORTEGA MITCHELL, aka MUNK MILANO,**
**DARIUS ROSE, and**
**DAMARCUS BOYD, aka MARCUS, aka MEZ, aka J. KUTTY,**

the defendants herein, and others known and unknown to the Grand Jury, did knowingly possess and brandish a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States; to wit: conspiracy to kidnap, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(A)(ii).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney