FILED

NOV 1 8 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )   No.
                                )
ORTEGA MITCHELL, aka MUNK MILANO, )
DARIUS ROSE, and                )   **4:15CR00525 RLW/DDN**
DAMARCUS BOYD, aka MARCUS,       )
   aka MEZ, aka J. KUTTY,        )
                                )
            Defendants.         )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, and moves the Court to order each defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of each defendant's initial appearance before the United States Magistrate pursuant to    Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1.  There is a serious risk that the defendant will flee.

2.  The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendants detained prior to trial, and further to order a detention hearing three (3) days from the date of each defendant's initial appearances.

                    RICHARD G. CALLAHAN
                    United States Attorney


                    _/s/ Cristian M. Stevens_____
                    CRISTIAN M. STEVENS, #48028MO
                    Assistant United States Attorney